# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **MISTI SMITLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 22-2137 |
| | ) |
| **VILLAGE OF OAKWOOD, CHIEF OF POLICE RONALD SODERSTROM, AND MAYOR HEATHER MCARTY** | ) ) ) ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Defendants' Motion for Summary Judgment is GRANTED in part and that Judgment is entered in favor of Defendants Village of Oakwood, Chief of Police Ronald Soderstrom, and Mayor Heather McArty and against Plaintiff Misti Smitley on Counts III, V, VII, VIII, and IX of Plaintiff's Complaint. The remaining Counts are dismissed without prejudice.

**Dated: 12/17/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court